Argued and submitted November 12, reversed December 21, 1981

STATE OF OREGON,
*Respondent,*
*v.*
DONALD DEAN EMERY,
aka Anthony Secreto,
*Appellant.*

(No. 10-80-11404, CA A20755)

637 P2d 939

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Virginia L. Linder, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Roberts and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant appeals his conviction for perjury. ORS 162.065. He assigns as error the trial court's refusal to grant his motion for judgment of acquittal. The state concedes that this case cannot be distinguished from this court's decision in *State v. Flamer,* 54 Or App 17, 633 P2d 860 (1981), and must therefore be reversed.

Reversed.